IN THE CHANCERY COURT FOR SULLIVAN COUNTY
AT BRISTOL, TENNESSEE

MYRTLE MARIE HUGHES,

    Plaintiff,

vs.    Civil Action No.: B0024413(M)

PRUDENTIAL INSURANCE CO. OF AMERICA
Serve: C.T. Corporation Systems
      800 Gay Street
      Knoxville, TN 37929

and

NINA WILLIAMS,
Serve at last known address:
    Nina Williams
    Main Street
    Elizabethton, TN 37643

    Defendants.

FILED 9-11, 2013 @ 8:40 a.m.
Katherine Priester, Clerk & Master
By: [signature]

## COMPLAINT

COMES NOW the Plaintiff, **Myrtle Marie Hughes**, by and through Counsel, and would respectfully show unto the Court the following:

1. That Prudential Insurance Company of America, Office of Servicemembers Group Life Insurance, is a life insurance company doing business in the State of Tennessee with the address for service of process being 80 Livingston Avenue, Roseland, New Jersey 07068-1753, and Nina Williams, the ex-wife of Dulaney Hughes, whose address is unknown and service of process to be by "Publication" if necessary.

2. That Myrtle Marie Hughes and Dulaney Hughes were married on or about December 15, 2011 in Carter County, Tennessee and on or about January 20, 2013 Dulaney Hughes changed the beneficiary of his life insurance policy from his ex-wife, Nina Williams, to Myrtle Marie Hughes,

The Slaughter Law Firm
Frank L. Slaughter, Jr.
324 6th Street
Bristol, Tennessee 37620
423-844-0560

EXHIBIT A

3. That Prudential Insurance Company of America, Office of Servicemembers Group Life Insurance, knew of this information yet has failed to complete the beneficiary change even though it was requested of the Defendant, Prudential, after January 20, 2013.

4. That the ex-wife, Nina Williams, is set to net the proceeds and said proceeds being at least fifty-thousand dollars ($50,000.00) notwithstanding interest,

5. That the Plaintiff has exhausted her administrative review and has asked for the proceeds and has been denied same (see Exhibit A herewith attached),

6. That this Court enter an Order demanding that Prudential interplead the proceeds into this Court, and

7. That Myrtle Marie Hughes receive the benefit of any attorney fees that she be entitled notwithstanding any interest or costs for her to bring this action as the ex-wife, Nina Williams, of Dulaney Hughes would be set to receive same insurance proceeds in crosspleading in and for Myrtle Marie Hughes.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiff prays for Judgment as follows:

1. That this Complaint be filed and served upon the Defendant, Prudential Insurance Company of America, through its registered agent, C.T. Corporation Systems, 800 Gay Street, Knoxville, TN 37929;

2. That this Complaint be filed and served upon the Defendant, Nina Williams, at her last known address of Main Street, Elizabethton, TN 37643 and by publication if necessary;

3. That Myrtle Marie Hughes be the rightful beneficiary of said insurance policy;

The Slaughter Law Firm
Frank L. Slaughter, Jr.
324 6th Street
Bristol, Tennessee 37620
423-844-0560

2

4. That Plaintiff be entitled to her attorney fees and costs for having to being this action,

5. That an Order directing the Defendant, Prudential Insurance Company of America, pay said proceeds to the Chancery Court for Sullivan County as reflected by Exhibit "A", and

6. That Plaintiff have such further general relief as the justice of her cause may require.

Respectfully submitted,
**Myrtle Marie Hughes**

By: _____
Frank L. Slaughter, Jr.
Attorney for Plaintiff
TN BPR # 018893
324 6th Street
Bristol, TN 37620
(423) 844-0560


I hereby acknowledge myself as surety for costs in this case.

_____
Frank L. Slaughter, Jr.


**This is the first application for extra ordinary relief in this case.**

The Slaughter Law Firm
Frank L. Slaughter, Jr.
324 6th Street
Bristol, Tennessee 37620
423-844-0560


**Prudential**

Office of Servicemembers'
Group Life Insurance

OSGLI
80 Livingston Avenue
Roseland, NJ 07068

Toll Free Phone: 800-419-1473
Overseas Fax: 973-548-5300
Claims Fax: 877-832-4943

*Exhibit "A"*

August 15, 2013

Frank L Slaughter Jr
The Slaughter Law Firm
324 6th St
Bristol, TN 37620

Re: Dulaney Hughes
Claim No: 11346372

Dear Mr. Slaughter Jr.,

This letter is in response to your client's recent contact with our office regarding her intent to make claim to death benefits payable under Dulaney Hughes' Veterans' Group Life Insurance (VGLI) coverage.

Your client is protesting payment of the VGLI proceeds to the contractually designated beneficiary(ies). It is our understanding that she is objecting distribution of the VGLI proceeds to anyone other than herself.

You should know that SGLI/VGLI benefits are governed by federal law under Title 38, U.S. Code, Sections 1965-1980a. Federal regulations concerning SGLI/VGLI are at 38 C.F.R., Part 9. SGLI/VGLI provides group life insurance coverage to active duty service members, active members of the Ready Reserves and veterans of the U.S. military. Individual policies are not issued. The policyholder, of the master group policy G-32000, is the Department of Veterans Affairs.

The Office of Servicemembers' Group Life Insurance pays the VGLI Death Benefit in accordance with the latest dated beneficiary designation on file upon proof of the insured's death. You have not furnished us any "proof" or legal basis to suspend or redirect payment of the claim, which does not disqualify the beneficiary(ies) from receiving the payment. We are contractually bound to pay the designated beneficiary(ies).

In light of your competing claim, we are extending a period of thirty (30) days from the date of this letter for your client to file suit preventing us from making payment. Please note that we will pay this claim in accordance with the most recent valid beneficiary designation on file (or as per the contractual terms) unless we are legally restrained from doing so by September 16, 2013.

*Exhibit "A"*

The Office of Servicemembers' Group Life Insurance (OSGLI) is an administrative office created by Prudential to administer the SGLI Program. Prudential, headquartered in Newark, New Jersey, is the proper party against which to bring suit regarding distribution of benefits under the Group Policy. Prudential is a New Jersey corporation licensed to do business in all 50 states.

If you have any questions, please contact us at **973-548-3963**, between 8:00 a.m. and 5:00 p.m. Eastern time, Monday through Friday. You can also send a fax to **877-832-4943**, or email osgli.claims@prudential.com.

Sincerely,

Denine Bernard
Claim Examiner