IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| MYRTLE MARIE HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:13-cv-00259 |
| | ) | |
| PRUDENTIAL INSURANCE | ) | Judge R. Leon Jordan |
| COMPANY OF AMERICA and, | ) | |
| NINA WILLIAMS, | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED ORDER FOR DISTRIBUTION OF DEATH BENEFIT, DISCHARGE OF LIABILITY AND DISMISSAL OF ACTION

Upon Joint Motion for Distribution, Discharge of Liability and Dismissal of Action, Plaintiff Myrtle Marie Hughes, Defendant Nina Hughes, originally named as Nina Williams, (collectively, the "Adverse Claimants") and Defendant The Prudential Insurance Company of America ("Prudential"), originally incorrectly named as Prudential Insurance Company of America, respectfully request an Order directing Prudential to distribute the death benefit at issue in accordance with an agreement reached among the Adverse Claimants, discharging Prudential of liability under the plan of insurance at issue, and dismissing the action, with prejudice, following distribution of funds, and the Court having considered the application of counsel, and for good cause having been shown;

**IT IS ORDERED** as follows:

1.      Within 21 days of the signing of this Order by the Court and receipt by Prudential's counsel of completed I.R.S. Forms W-9 from Plaintiff Hughes and her counsel, Prudential shall deliver to Frank Slaughter, Jr., Esq, as counsel to Plaintiff, a check in the amount of $10,000, plus applicable claim interest, if any, and made payable to "Myrtle Hughes and

Frank Slaughter, Jr., Esq." which represents a portion of the $50,000 in funds payable as a result of the death of Dulaney Hughes in connection with group policy number G-32000 (the "Death Benefit"), which was issued by Prudential, through the Office of Servicemembers' Group Life Insurance, to the United States Department of Veterans Affairs (the "Plan");

2. Within 21 days of the signing of this Order by the Court and receipt by Prudential's counsel of completed I.R.S. Forms W-9 from Defendant Hughes and her counsel, Prudential shall deliver to Thomas Banks, Esq., as counsel to Defendant Nina Hughes, a check in the amount of $40,000, plus applicable claim interest, if any, and made payable to "Nina Hughes and Banks & Banks" which represents the remaining portion of the Death Benefit payable;

3. Within 21 days of the signing of this Order by the Court and receipt by Prudential's counsel of completed I.R.S. Forms W-9 from Defendant Hughes and her counsel, Prudential shall deliver to Thomas Banks, Esq., as counsel to Defendant Nina Hughes, a check in the amount of $225.00 and made payable to "Nina Hughes" which represents the premium refund due in connection with the Insured's coverage under the Plan;

4. Upon distribution of the Death Benefit as described above in Paragraphs 1 and 2, Prudential shall be, and hereby is, discharged from any and all liability to the Adverse Claimants relating to the Plan and/or the Death Benefit, and the Adverse Claimants shall be, and hereby are, permanently enjoined from making any further actual or implied claims, demands and causes of action, asserted or unasserted, express or implied, foreseen or unforeseen, real or imaginary, suspected or unsuspected, known or unknown, liquidated or unliquidated, of any kind or nature or description whatsoever, that Adverse Claimants, jointly and severally, ever had, presently have, may have, or claim or assert to have, or hereinafter have, may have, or claim or assert to have, against Prudential with respect to the Plan and/or the payment of the Death Benefit under the Plan;

2

5.     Upon distribution of the Death Benefit as described above in Paragraphs 1 and 2, any and all claims against Prudential relating to the Plan and/or the Death Benefit shall be, and the same hereby are, dismissed with prejudice and without costs to any party; and

6.     Upon Notice to the Court that the Death Benefit has been distributed in accordance with this Order, this action shall be, and hereby is, dismissed in its entirety as to all parties, with prejudice, and without costs to any party.

ORDERED this _7th_ day of _Nov._, 2013.

_____
United States District Judge

APPROVED FOR ENTRY:

/s/ David L. Johnson
David L. Johnson, #18732
BUTLER SNOW LLP
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1600
Nashville, TN 37201
Direct: (615) 651-6731
Fax: (615) 651-6701
David.Johnson@butlersnow.com

*Counsel for Defendant The Prudential
Insurance Company of America*

/s/ Frank L. Slaughter, Jr.
Frank L. Slaughter, Jr.
Attorney for Plaintiff
324 6th Street
Bristol, TN 37620
(423) 844-0560

*Counsel for Plaintiff Myrtle Marie Hughes*

3

**BANKS & BANKS**

/s Thomas Banks
Thomas Banks
641 E Elk Ave.
Elizabethton, TN 37643
Phone: (423) 543-3100
Fax: (423) 543-4691

*Counsel for Defendant Nina Hughes*

ButlerSnow 18227746v1